FILED
BILLINGS DIV.
2010 MAR 18 PM 3 15
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR RAUL ANDIA,<br><br>Defendant. | CR-09-55-BLG-RFC-CSO<br><br>FINDINGS AND RECOMMENDATIONS CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to Counts I and II of the Indictment.

After examining the Defendant under oath, the Court determined that the guilty pleas were knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offenses charged and to which guilty pleas were entered contained each of the

-1-

essential elements of the offenses.

I recommend that the Defendant be adjudged guilty and that sentence be imposed.  A presentence report has been ordered.  Should the Court accept this recommendation, sentencing shall be set by Chief Judge Cebull.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 18th day of March, 2010.

CAROLYN S. OSTBY
United States Magistrate Judge